AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
April 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jackson_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ricardo MUJICA-Calderon | ) Case No. SA-22-MJ-00540 |
| XXX XXX 700 | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 25, 2022** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry  Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

**RUBEN J RIOS**
Digitally signed by RUBEN J RIOS
Date: 2022.04.14 10:31:28 -05'00'
*Complainant's signature*

Ruben J. Rios, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 04/14/2022

City and state: San Antonio, Texas

*Judge's signature*

Honorable Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

SA-22-MJ-00540

## AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Ruben Rios and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), with whom I have been employed since October 15, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

In January 2022, an ICE ERO Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) initiated an investigation into Ricardo MUJICA-Calderon (hereafter "MUJICA") after he was identified by the DEA as a mid-level methamphetamine distributor operating in San Antonio, Texas.

On January 25, 2022, DEA San Antonio Special Agents (SA) and Task Force Officers (TFO) utilizing a Confidential Source (CS) conducted a control purchase of approximately 1,031.5 grams of crystal methamphetamine from MUJICA-Calderon. Agents and Officers observed MUJICA-Calderon transport and deliver the crystal methamphetamine to the CS in exchange to $4,000.

ICE ERO TFO identified MUJICA as a criminal alien who made re-entry into the United States after he was previously removed. Preliminary database checks indicate that MUJICA is a citizen and national of Mexico with assigned Alien Registration Number A XXX XXX 045. A review of Department of Homeland Security database, ENFORCE Alien Removal Module or "EARM," for A XXX XXX 045 indicated that MUJICA is an alien who was previously removed from the United States to Mexico on or about November 15, 2019.

On April 13, 2022, Agents and TFOs with the Drug Enforcement Administration (DEA) San Antonio District Office executed a federal search warrant at 3611 El Paso, San Antonio, Texas and arrested MUJICA.

At the San Antonio Resident Office, MUJICA's fingerprints were submitted through immigration and FBI databases, which verified his identity. The databases revealed that MUJICA is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-045. Records checks showed that on February 15, 2019, MUJICA was convicted in the United States District Court, Western District of Texas, San Antonio Division, for 8 USC 1326-Illegal Re-entry and sentenced to 10 months confinement. Immigration databases also revealed that MUJICA has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

On April 14, 2022, the defendant was informed of his right to consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On April 14, 2022, the Consulate General of Mexico was notified of MUJICA's arrest. An immigration detainer will be filed with the U.S. Marshals Service on April 14, 2022.

Based on this investigation, there is probable cause to believe that MUJICA has illegally re-entered the

United States in violation of 8 USC 1326(a)&(b)(1)

RUBEN J RIOS
Digitally signed by RUBEN J RIOS
Date: 2022.04.14 10:31:55 -05'00'
_____
Ruben Rios
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn before me on the __14__ day of April 2021.

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE